STATE, RESPONDENT, *v.* MELCHERT ET AL., DEFENDANTS; BLISS, APPELLANT.

(No. 5,355.)

(Submitted October 29, 1923.  Decided November 10, 1923.)

[220 Pac. 84.]

(For syllabus, see *State* v. *Johnson, ante,* p. 38.)

*Appeal from District Court, Park County; Robert C. Stong, Judge.*

FORFEITURE proceedings by the State of Montana against Frank Melchert and another and certain property used in the liquor business, claimed in part by Frank Bliss. From a judgment of forfeiture, claimant appeals. Reversed and remanded.

*Messrs. Gibson & Smith,* for Appellant, submitted a brief; *Mr. Fred L. Gibson* argued the cause orally.

*Mr. Wellington D. Rankin,* Attorney General, and *Mr. L. V. Ketter,* Assistant Attorney General, for the State, submitted a brief; *Mr. Ketter* argued the cause orally.

MR. JUSTICE STARK delivered the opinion of the court.

In this case a judgment was entered on March 17, 1923, wherein it was adjudged and decreed that certain personal property claimed by appellant, Frank Bliss, was declared forfeited and ordered sold.

With the exception of the names of the parties, and a description of the property seized, the facts in this case are identical with those involved in case No. 5354, *State* v. *Johnson, ante,* p. 38. The decision in that case is controlling in this one, and no useful purpose would be served by a repetition of what was therein said.

On the authority of *State* v. *Johnson et al., supra,* the judgment in this case is reversed and the cause remanded to the district court of Park county, with directions to enter judgment in favor of the appellant, Frank Bliss.

*Reversed.*

MR. CHIEF JUSTICE CALLAWAY and ASSOCIATE JUSTICES COOPER, HOLLOWAY and GALEN concur.